# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| CAROLYN FLEMING, Individually, | § | |
| And as Agent and Attorney-in-Fact for, | § | |
| MICHAEL SEAN FLEMING, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | CASE NO. 4:16CV319 |
| MORTGAGE ELECTRONIC | § | Judge Mazzant/Judge Johnson |
| REGISTRATION SYSTEMS, INC. | § | |
| (MERS). ET AL., | § | |
|     Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On March 6, 2017, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations (*see* Dkt. #24) that this case should be **DISMISSED** without prejudice for want of prosecution.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. As the Magistrate Judge noted, Plaintiff is simply not prosecuting any claims she may have.

Therefore, this case is **DISMISSED** without prejudice for want of prosecution. All costs shall be borne by the party incurring same.

All relief not previously granted is **DENIED**.

The Clerk of Court is directed to **CLOSE** this civil action.

**It is SO ORDERED.**

**SIGNED this the 27th day of April, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE